IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01305-MEH-CBS

VICTORIA GIANNOLA,

    Plaintiff,

v.

ASPEN/PITKIN COUNTY HOUSING AUTHORITY and
STEVE BARWICK,

    Defendants.

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

On August 28, 2006, the parties filed a Stipulation of Dismissal with Prejudice. After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice. Accordingly, it is

ORDERED that this matter is **dismissed with prejudice**, each party to pay their own costs, expenses, and attorney fees.

Dated at Denver, Colorado this 5th day of September, 2006

                BY THE COURT

                s/ Michael E. Hegarty
                Michael E. Hegarty
                United States Magistrate Judge